Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

#4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FASTENERS ANTITRUST LITIGATION                MDL No. 1912

(SEE ATTACHED SCHEDULE)

*U.S. DISTRICT COURT FILED MAY 19 2008 S.D. OF N.Y.*

CONDITIONAL TRANSFER ORDER (CTO-2)

On February 27, 2008, the Panel transferred four civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). Since that time, ten additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable R. Barclay Surrick.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Surrick.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable R. Barclay Surrick.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 5/14/08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT

IN RE: FASTENERS ANTITRUST LITIGATION

MDL No. 1912

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

NEW YORK SOUTHERN
NYS 1 08-444        The Quiltex Co., Inc. v. William Prym GmbH & Co., KG, et al.
NYS 1 08-1008       Genetic Denim v. YKK Corp., et al.
NYS 1 08-1878       Lion Apparel, Inc., et al. v. William Prym GmbH & Co., KG, et al.
NYS 1 08-2165       Kappler, Inc., et al. v. William Prym GmbH & Co. KG, et al.